IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GLORIA WILLIAMS,                                      )
                                                     )
    Plaintiff,                                   )
                                                     )
v.                                                   )   Case No. 7:26-cv-00184-WLS
                                                     )
LOWE'S HOME CENTERS, LLC;                            )
LOWE'S HOME IMPROVEMENT, LLC,                        )
                                                     )
    Defendants.                                  )
_____)

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT LOWE'S HOME IMPROVEMENT, LLC

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gloria Williams, Defendant Lowe's Home Centers, LLC, and Defendant Lowe's Home Improvement, LLC jointly stipulate to the dismissal without prejudice of all claims and causes of action asserted against Defendant Lowe's Home Improvement, LLC. Each party will bear its own costs and fees.

This stipulation dismisses only Defendant Lowe's Home Improvement, LLC and the claims and causes of actions against it. Plaintiff's claims against Defendant Lowe's Home Centers, LLC are not dismissed and remain pending.

Respectfully submitted this 14th day of July, 2026.

[signature page follows]

**BUTLER SNOW LLP**

*/s/ Pamela L. Ferrell*
Pamela L. Ferrell
Georgia Bar No. 569713
1170 Peachtree Street, NE, Suite 1900
Atlanta, Georgia 30309
(678) 515-5011
Pamela.Ferrell@butlersnow.com

Jorge A. Solis (admitted pro hac vice)
Alabama State Bar No. 2144-A14T
1819 Fifth Avenue North, Suite 1000
Birmingham, Alabama 35203
(205) 297-2216
Jorge.Solis@butlersnow.com

*Counsel for Lowe's Home Centers, LLC and
Lowe's Home Improvement, LLC
(Defendants)*

**FARAH & FARAH, P.A.**

*/s/ Kathrine Carrasquillo*
(signed with express permission)
Kathrine Carrasquillo
Georgia Bar No. 746135
4355 Coral Park Drive
Brunswick, Georgia 31520
(912) 289-4036
kcarrasquillo@farahandfarah.com

*Counsel for Gloria Williams (Plaintiff)*

SO ORDERED this _16th_ day
of _July_, _2026_.

W. Louis Sands, Sr. Judge
United States District Court

2